UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
FELICIA HYSMITH,

                Plaintiff,

v.

THE CITY OF MOUNT VERNON,
POLICE COMMISSIONER SHAWN
HARRIS, THE MOUNT VERNON POLICE
DEPARTMENT, POLICE OFFICER
JOSEPH M. SICA, and POLICE OFFICERS
JOHN DOE 1 – JOHN DOE 5,

                Defendants.
---------------------------------------------------------X

ORDER

19-cv-03234-PMH

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
      March 27, 2020

_____
Philip M. Halpern
United States District Judge